IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDERS-DARIGO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-4050 |
| | : | |
| CAREERSUSA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW,** this __1st____ day of ____March_____, 2012, it is **ORDERED** that Defendant's Motion to Dismiss, or in the Alternative, Motion to Transfer Venue (ECF No. 5) is **GRANTED in part** and **DENIED in part** as follows:

- Defendant's motion to dismiss for failure to timely serve is **DENIED**.

- Defendant's motion to transfer venue is **GRANTED**.

- This action is **TRANSFERRED** to the United States District Court for the Southern District of Florida.

- The Clerk of Court is directed to close this case.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: